In the Matter of ROBERT JONES, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent.

Submitted April 14, 2014; decided May 13, 2014

On the Court's own motion, appeal dismissed, without costs, upon the ground that the judgment and order appealed from do not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of DAWN M. KAMINSKI, Appellant, v DONNA PIPPEN, Respondent.

Submitted March 24, 2014; decided May 13, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of THOMAS F. LIOTTI (Admitted as THOMAS FRANCIS LIOTTI), an Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted April 14, 2014; decided May 13, 2014

Motion for reargument of motion for leave to appeal denied [see 22 NY3d 862 (2014)].

NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Submitted April 7, 2014; decided May 13, 2014

Motion for reconsideration of this Court's February 25, 2014 dismissal order denied [see 22 NY3d 1134 (2014)].